IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL MELLENTHIN, | ) |
| Plaintiff, | ) ) ) ) CIVIL ACTION |
| vs. | ) ) Case No. 4:23-CV-01690 |
| BAYK OLIVE ST LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DANIEL MELLENTHIN, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, BAYK OLIVE ST LLC.

Plaintiff and Defendant, BAYK OLIVE ST LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 9th day of April, 2024.

>Law Offices of
>THE SCHAPIRO LAW GROUP, P.L.
>
>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>State Bar No. 54538FL
>The Schapiro Law Group, P.L
>7301-A W. Palmetto Park Rd., #100A
>Boca Raton, FL 33433
>Tel: (561) 807-7388
>Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 9th day of April, 2024.

>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>State Bar No. 54538FL